UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RONNIE KEYS

          Plaintiff,

v.                                                   Case No. 14-CV-11040
                                                   Honorable Denise Page Hood

CENTRAL MORTGAGE COMPANY, *et. al.*,

          Defendants.

_____/

## ORDER REGARDING VARIOUS MOTIONS

      This matter comes before the Court pursuant to Defendant Central Mortgage Company's Motion to Dismiss **[Docket No. 9, filed May 20, 2014]** and Defendants Jessica L Berg, Kevin Hammond, Edward Mahl, and Trott & Trott's Motion to Dismiss **[Docket No. 10, filed May 20, 2014]**. Plaintiff filed a Motion in Opposition of Both Defendants' Motion to Dismiss **[Docket No. 12, filed June 2, 2014]**. The complaint filed by Plaintiff in Case No. 13-13818 and the Complaint underlying the notice of removal in Case No. 14-11040 are essentially identical. The Motions to Dismiss rely on the Factual Statement in the brief supporting Central Mortgage Company's Motion to Dismiss filed Case No. 13-13818.

      Plaintiff has also filed a Motion to Amend the Complaint **[Docket No. 14, filed June 30, 2014]**, a Motion for a Temporary Restraining Order **[Docket No.

**22, filed October 14, 2014]**, a Motion for Sanctions **[Docket No. 23, filed October 14, 2014]**, and a Motion to Settle and Close Case **[Docket No. 24, filed October 14, 2014]**. For the reasons stated below and in the Order Granting Defendant Central Mortgage's Motion to Dismiss in the prior case **[Case No. 13-13818, Docket No. 44, filed October 31, 2014]**, Defendants' motions to dismiss are **GRANTED** and Plaintiff's motions are **DENIED**.

Defendants have also requested that this Court award them attorney fees and costs pursuant to Rule 54(d) of the Local Rules of the Eastern District of Michigan. That request is denied and Defendants may submit a request for fees and cost in compliance with Rule 54.1 and 54.1.2.

Accordingly,

**IT IS ORDERED** that Defendant Central Mortgage Company's Motion to Dismiss **[Docket No. 9, filed May 20, 2014]** is **GRANTED**.

**IT IS ALSO ORDERED** that Defendants Jessica L Berg, Kevin Hammond, Edward Mahl, and Trott & Trott's Motion to Dismiss **[Docket No. 10, filed May 20, 2014]** is **GRANTED**.

**IT IS ALSO ORDERED** that Plaintiff's Motion in Opposition of Both Defendants' Motion to Dismiss **[Docket No. 12, filed June 2, 2014]** is **DENIED.**

**IT IS ALSO ORDERED** Plaintiff's Motion to Amend the Complaint **[Docket No. 14, filed June 30, 2014]** is **DENIED AS FUTILE.**

**IT IS ALSO ORDERED** Plaintiff's Motion for a Temporary Restraining Order **[Docket No. 22, filed October 14, 2014]** is **DENIED**, the Court having dismissed the action.

**IT IS ALSO ORDERED** Plaintiff's Motion for Sanctions **[Docket No. 23, filed October 14, 2014]** is **DENIED.**

**IT IS ALSO ORDERED** Plaintiff's Motion to Settle and Close Case **[Docket No. 24, filed October 14, 2014]** is **DENIED.**

**IT IS ALSO ORDERED** the Motion Hearing set for 12/17/2014 at 3:30 p.m. is cancelled.

**IT IS ALSO ORDERED** this case is dismissed and closed.

S/Denise Page Hood
Denise Page Hood
United States District Judge

Dated:  November 19, 2014

I hereby certify that a copy of the foregoing document was served upon counsel of record on November 19, 2014, by electronic and/or ordinary mail.

S/LaShawn R. Saulsberry
Case Manager